**Defendant: Thomas Newington**

**IP:** 69.14.42.22
**ISP:** WideOpenWest
**Location:** Center Line, MI

| IP | Hash | Title | Hit Date UTC |
|---|---|---|---|
| 69.14.42.22 | 7279915A655370BE4DF168F7A166F89BAF203FF2 | Sellyourgf Siterip #1 | 10/20/2011 00:32:04 |

EXHIBIT B